UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RUDRA KAPOOR,

    Plaintiff,

v.                                    Case No. 2:26-cv-2014-JES-KRH

WARDEN, FLORIDA SOFT SIDE
SOUTH, et al.,

    Defendants.
_____/

### ORDER DISMISSING CASE

Before the Court is Petitioner Rudra Kapoor's "Request to Voluntarily Withdraw Petition for Writ of Habeas Corpus." (Doc. 8). Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure allows a litigant to voluntarily dismiss an action before the opposing party serves an answer or motion for summary judgment. The dismissal is effective upon filing and requires no further act by the Court. See Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272, 1278 (11th Cir. 2012).

Here, Kapoor filed his motion to withdraw before any response to his petition was filed. Accordingly, his motion (Doc. 8) is **GRANTED**. This action is **DISMISSED without prejudice**. The Clerk

is **DIRECTED** to enter judgment, deny all pending motions as moot, terminate all deadlines, and close the case.

**DONE and ORDERED** in Fort Myers, Florida on July 7, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

2